IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK MARC COOLEY
and RASHAWN GREEN,

        Plaintiffs,                              No. CIV S-05-1569 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S
DEPUTIES BRADFORD AND ROPER,
        Defendants.                        ORDER

_____/

        Plaintiffs Cooley and Green are individuals proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Cooley seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        This court has determined that each plaintiff should proceed separately on his own claim. The Federal Rules of Civil Procedure provide "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. Any claim against a party may be severed and proceeded with separately." Fed. R. Civ. P. 21. Courts have broad discretion regarding severance. See Davis v. Mason County, 927 F.2d 1473, 1479 (9th Cir. 1991).

1  In the instant action, plaintiffs are proceeding in propria persona. In this court's
2  experience, an action brought by multiple plaintiffs proceeding pro se presents procedural
3  problems that cause delay and confusion. Delay often arises from changes in address and
4  difficulties faced in their attempts to communicate with each other. In addition, the court notes
5  that plaintiff Green failed to sign the operative complaint herein.

6  Accordingly, the court will order that plaintiffs' claims be severed. Plaintiff
7  Cooley will proceed in this action, while plaintiff Green will proceed in a civil action to be
8  opened by the Clerk of the Court. Each plaintiff will proceed with his own action and will be
9  solely responsible for his own action.

10  The Clerk of the Court will be directed to assign the new action to the same
11  district judge and magistrate judge assigned to the instant action. The Clerk of the Court shall
12  make appropriate adjustment in the assignment of civil cases to compensate for this
13  reassignment.

14  Plaintiff Cooley has submitted the affidavit required by § 1915(a) showing that
15  plaintiff is unable to prepay fees and costs or give security for them. Accordingly, plaintiff
16  Cooley's request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

17  However, plaintiff Green has not filed an in forma pauperis affidavit or paid the
18  required filing fee. Because the claims will be severed, plaintiff Green will be given thirty days
19  to pay the required filing fee or file, in his own action, an application for leave to proceed in
20  forma pauperis and an amended complaint, using the forms provided by the court with this order.
21  Failure to comply with this order will result in a recommendation that plaintiff Green's action be
22  dismissed.

23  The court will address plaintiff Cooley's complaint by separate order.
24  In accordance with the above, IT IS HEREBY ORDERED that:
25  1. The claims of plaintiff Green are severed from the claims of plaintiff Cooley;
26  /////

1    2. Plaintiff Cooley shall proceed as the sole plaintiff in case No. CIV S-05-1569
2  DFL JFM PS.
3    3. The Clerk of the Court is directed to:
4      a. Open a separate civil action for plaintiff Green;
5      b. Assign the new action to the district judge and magistrate judge to
6  whom the instant case is assigned and make appropriate adjustment in the
7  assignment of civil cases to compensate for such assignment;
8      c. File and docket a copy of this order in the file opened for plaintiff
9  Green;
10      d. Place a copy of the complaint filed August 9, 2005 in the file opened
11  for plaintiff Green;
12      e. Strike from the caption of each plaintiff's complaint the name of the
13  other plaintiff;
14      f. Send each plaintiff an endorsed copy of his complaint bearing the
15  amended caption and the case number assigned to his own individual action;
16    4. Plaintiff Cooley is granted leave to proceed in forma pauperis;
17    5. Plaintiff Green's complaint is dismissed;
18    6. The Clerk of the Court is directed to send plaintiff Green a form for filing a
19  civil rights action under 42 U.S.C. § 1983 and an Application to Proceed In Forma Pauperis; and
20    7. Plaintiff Green is granted thirty days from the date of service of this order to
21  pay the required filing fee or file an application to proceed in forma pauperis and file an amended
22  complaint, using the forms provided by the court with this order.  Plaintiff Green's documents
23  must bear the docket number assigned to his own individual case, and his complaint must be
24  labeled "Amended Complaint."  Plaintiff Green must file an original and two copies of his
25  amended complaint.  Failure to either pay the filing fee or file an application to proceed in forma
26  /////

1 pauperis or file an amended complaint in accordance with this order will result in a

2 recommendation that plaintiff Green's action be dismissed.

3 DATED: August 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/cool1569.2