IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RASHAWN GREEN,

    Plaintiff,                             No. CIV S-05-1748 DFL JFM PS

    vs.

SOLANO COUNTY SHERIFF'S
DEPUTY BRADFORD,

    Defendant.                           ORDER

_____/

        Plaintiff is an individuals proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, plaintiff's request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall obtain one USM-285 form for each defendant named in the complaint, one summons for each defendant and an instruction sheet. Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. One completed summons for each defendant named in the complaint;

    b. One completed USM-285 form for each defendant named in the complaint; and

    c. Two copies of the endorsed amended complaint filed September 8, 2005.

3. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

4. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: September 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; green1748.ifp

2

```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   RASHAWN GREEN,
11            Plaintiff,                    No. CIV S-05-1748 DFL JFM PS
12       vs.
13   SOLANO COUNTY SHERIFF'S
     DEPUTY BRADFORD,
14                                                  NOTICE OF SUBMISSION
15            Defendant.                               OF DOCUMENTS
16   _____/
17            Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19            _____    completed summons form
20            _____    completed USM-285 forms
21            _____    copies of the Complaint
22   DATED:
23
24
                                                _____
25                                              Plaintiff
26
```