1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RASHAWN GREEN,

11            Plaintiff,                              No. CIV S-05-1748 DFL JFM PS

12        vs.

13

      SOLANO COUNTY SHERIFF'S
14    DEPUTY BRADFORD,

15            Defendants.                    FINDINGS & RECOMMENDATIONS

16    _____/

17            By an order filed September 20, 2005, this court ordered plaintiff to complete and

18    return to the court, within thirty days, the USM-285 forms which are required to effect service on

19    the defendants.  That thirty day period has since passed, and plaintiff has not responded in any

20    way to the court's order.

21            IT IS HEREBY RECOMMENDED that this action be dismissed without

22    prejudice.  See Fed. R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25    days after being served with these findings and recommendations, plaintiff may file written

26    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED: November 2, 2005.

5

6   _____
    UNITED STATES MAGISTRATE JUDGE

7

8   001; green1748.fus

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26